STEPHEN M. DONIGER (State Bar No. 179314)
stephen@donigerlawfirm.com
SCOTT ALAN BURROUGHS (State Bar No. 235718)
scott@donigerlawfirm.com
DAVID R. SHEIN (State Bar No. 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
GRANT R. ARNOW (State Bar No. 316497)
grant.arnow@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JAIME CIERO,

Plaintiff,

vs.

THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; WALT DISNEY MOTION PICTURES GROUP, INC.; WALT DISNEY PICTURES; WONDERLAND MUSIC COMPANY, INC.; DISNEY MUSIC PUBLISHING; KRISTEN ANDERSON-LOPEZ, an Individual; ROBERT LOPEZ, an Individual; IDINA MENZEL, an Individual; DEMI LOVATO, an Individual; and DOES 1 through 10,

Defendants.

Case No. 2:17-cv-08544 GW (MRWx)

**STIPULATION TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Judge: Hon. George H. Wu
Ctrm.: 9D

Plaintiff Jaime Ciero ("Plaintiff") and Defendants The Walt Disney Company, Disney Enterprises, Inc., Walt Disney Motion Pictures Group, Walt Disney Pictures, Wonderland Music Company, Inc., Disney Music Publishing, Kristen Anderson-Lopez, Robert Lopez, Idina Menzel, and Demi Lovato (collectively, "Defendants"), by and through the counsel listed below, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this matter on November 23, 2017, Dkt. No. 1;

WHEREAS, according to the Court's docket, on December 4, 2107, Plaintiff served the Complaint and Summons by substituted service on Defendants Wonderland Music Company, Inc., Walt Disney Pictures, Inc., Walt Disney Motion Pictures Group, Inc., The Walt Disney Company, Disney Enterprises, Inc., and Disney Music Publishing (Dkt. 10, 11, 12, 15, 16, 17), and on Defendants Robert Lopez and Kristen Anderson-Lopez by personal service on December 7, 2017 (Dkt. 13, 14);

WHEREAS, Plaintiff has not served the Complaint on Defendants Idina Menzel and Demi Lovato, but has sent a Waiver of Service of Summons to the undersigned counsel for Ms. Menzel and Ms. Lovato, who provided a signed copy of said Waiver to counsel for Plaintiff on January 19, 2018;

WHEREAS, all Defendants have requested, and Plaintiff has agreed, to extend Defendants' who have been served deadlines to answer or otherwise respond to Plaintiff's Complaint through and including March 5, 2018, and Defendants Ms. Menzel and Ms. Lovato have agreed to answer or otherwise respond to Plaintiff's Complaint on or before March 5, 2018;

WHEREAS, Defendants have not sought any previous extensions in this case, the present extension is not sought for any improper purpose, and the present extension will not affect any other dates in the case;

NOW, THEREFOR, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, with the Court's approval, the deadline for all Defendants to answer or otherwise respond to the Complaint shall be March 5, 2018.

Respectfully submitted,

DATED: January 22, 2018

DONIGER / BURROUGHS

By: *_/s/ David Shein_*
DAVID SHEIN
*Attorneys for Plaintiff*

DATED: January 22, 2018

MUNGER, TOLLES & OLSON LLP

By: *_/s/ Melinda E. LeMoine_*
MELINDA E. LEMOINE
*Attorneys for Defendants*

**FILER'S ATTESTATION**

I, Melinda E. LeMoine, am the ECF user whose identification and password are being used to file this **STIPULATION TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED: January 22, 2018

*/s/ Melinda E. LeMoine*
MELINDA E. LEMOINE