UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAIME CIERO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; WALT DISNEY MOTION PICTURES GROUP; WALT DISNEY PICTURES; WONDERLAND MUSIC COMPANY, INC.; DISNEY MUSIC PUBLISHING; KRISTEN ANDERSON-LOPEZ, an Individual; ROBERT LOPEZ, an Individual; IDINA MENZEL, an Individual; DEMI LOVATO, an Individual; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV 17-8544-GW(MRWx)<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:　Hon. George H. Wu<br>Ctrm.:　9D |

1  Upon consideration of the Parties' Stipulation to Extend Time of All
2  Defendants' to Respond to Plaintiff's Complaint, and good cause appearing therefor,
3  all Defendants shall have through and including March 5, 2018, within which to
4  answer or otherwise respond to Plaintiff's Complaint.

6  **IT IS SO ORDERED.**

8  DATED: January 24, 2018

   _____
   GEORGE H. WU, U.S. District Judge