STEPHEN M. DONIGER (State Bar No. 179314)
stephen@donigerlawfirm.com
SCOTT ALAN BURROUGHS (State Bar No. 235718)
scott@donigerlawfirm.com
DAVID R. SHEIN (State Bar No. 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone:  (310) 590-1820

*Attorneys for Plaintiff*

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
GRANT R. ARNOW (State Bar No. 316497)
grant.arnow@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAIME CIERO,<br><br>        Plaintiff,<br><br>        vs.<br><br>THE WALT DISNEY COMPANY;<br>DISNEY ENTERPRISES, INC.;<br>WALT DISNEY MOTION PICTURES<br>GROUP; WALT DISNEY PICTURES;<br>WONDERLAND MUSIC COMPANY,<br>INC.; DISNEY MUSIC PUBLISHING;<br>KRISTEN ANDERSON-LOPEZ;<br>ROBERT LOPEZ; IDINA MENZEL;<br>DEMI LOVATO; and DOES 1 through<br>10,<br><br>        Defendants. | Case No. 2:17-cv-08544 GW (MRWx)<br><br>**THIRD STIPULATION TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge:     Hon. George H. Wu<br>Ctrm.:     9D |

1    Plaintiff Jaime Ciero ("Plaintiff") and Defendants The Walt Disney
2  Company, Disney Enterprises, Inc., Walt Disney Motion Pictures Group, Inc., Walt
3  Disney Pictures, Wonderland Music Company, Inc., Disney Music Publishing,
4  Kristen Anderson-Lopez, Robert Lopez, Idina Menzel, and Demi Lovato
5  (collectively, "Defendants"), by and through the counsel listed below, hereby
6  stipulate as follows:

7    WHEREAS, Plaintiff filed the Complaint in this matter on November 23,
8  2017, Dkt. No. 1;

9    WHEREAS, pursuant the parties' January 22, 2018 stipulation extending
10  Defendants' time to respond to the Complaint, the Court ordered that all Defendants
11  shall have through and including March 5, 2018, within which to answer or
12  otherwise respond to Plaintiff's Complaint, Dkt. 19;

13    WHEREAS, pursuant to the parties' March 2, 2018 stipulation extending
14  Defendants' time to respond to the Complaint, the Court ordered that all Defendants
15  shall have through and including March 19, 2018, within which to answer or
16  otherwise respond to Plaintiff's Complaint, Dkt. 21;

17    WHEREAS, pursuant to Local Rule 7-3 and as stated in the March 2, 2018
18  stipulation, the parties have continued to meet and confer regarding Defendants'
19  intended motion to dismiss certain causes of action and named Defendants;

20    WHEREAS, Defendants have been prepared to file their motion to dismiss
21  since March 2, 2018;

22    WHEREAS, Plaintiff advised today, March 16, 2018, that he wishes to amend
23  his complaint to remove his claim under 17 U.S.C. § 1202 and to clarify the work
24  allegedly infringed, and has asked Defendants to delay filing their motion to dismiss
25  in order to give Plaintiff time to amend;

26    WHEREAS, Defendants have agreed to give Plaintiffs an additional two
27  weeks to amend the Complaint, through and including April 2, 2018, in the hopes
28  that such an amendment will narrow the issues in Defendants' motion to dismiss;

-2-

1    WHEREAS, the parties have sought three prior extensions in this case, the
2    present extension is not sought for any improper purpose, and the present extension
3    will not affect any other dates in the case;

4    NOW, THEREFOR, IT IS HEREBY STIPULATED by and between Plaintiff
5    and Defendants that, with the Court's approval, Defendants' time to respond to the
6    Complaint is extended to afford Plaintiff time to amend his Complaint.  Plaintiff
7    shall amend his Complaint on or before April 2, 2018.

8

9    DATED:  March 16, 2018          Respectfully submitted,

10                                   DONIGER / BURROUGHS

11

12

13                                   By:      /s/ David Shein
14                                        DAVID SHEIN
                                          *Attorneys for Plaintiff*
15

16                                   MUNGER, TOLLES & OLSON LLP

17

18

19                                   By:      /s/ Melinda E. LeMoine
20                                        MELINDA E. LEMOINE
                                          *Attorneys for Defendants*
21

22

23

24

25

26

27

28

-3-

**THIRD STIPULATION TO EXTEND TIME OF ALL DEFENDANTS TO
RESPOND TO PLAINTIFF'S COMPLAINT**

## **FILER'S ATTESTATION**

I, Melinda E. LeMoine, am the ECF user whose identification and password are being used to file this **STIPULATION TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED:  March 16, 2018

/s/ Melinda E. LeMoine
MELINDA E. LEMOINE

THIRD STIPULATION TO EXTEND TIME OF ALL DEFENDANTS TO
RESPOND TO PLAINTIFF'S COMPLAINT