Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
David R. Shein, Esq. (SBN 230870)
david@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff
JAIME CIERO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CIERO, an Individual,<br>Plaintiff,<br>v.<br>THE WALT DISNEY COMPANY, *et al.* | Case No.: 2:17-cv-08544 GW (MRWx)<br>*Hon. George H. Wu Presiding*<br>**NOTICE OF DISMISSAL OF DEFENDANT DEMI LOVATO** |

1
NOTICE OF DISMISSAL OF DEFENDANT DEMI LOVATO

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Jaime Ciero hereby dismisses Defendant Demi Lovato from this Action without prejudice pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i). The Action will continue as to the remaining claims and defendants.

Respectfully submitted,

Dated: July 9, 2018     By:     */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
David R. Shein, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff