STEPHEN M. DONIGER (State Bar No. 179314)
stephen@donigerlawfirm.com
SCOTT ALAN BURROUGHS (State Bar No. 235718)
scott@donigerlawfirm.com
DAVID R. SHEIN (State Bar No. 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone:  (310) 590-1820

*Attorneys for Plaintiff*

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
GRANT R. ARNOW (State Bar No. 316497)
grant.arnow@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAIME CIERO,<br><br>          Plaintiff,<br><br>    vs.<br><br>THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; WALT DISNEY MOTION PICTURES GROUP; WALT DISNEY PICTURES; WONDERLAND MUSIC COMPANY, INC.; DISNEY MUSIC PUBLISHING; KRISTEN ANDERSON LOPEZ; ROBERT LOPEZ; IDINA MENZEL; DEMI LOVATO; and DOES 1 through 10,<br><br>          Defendants. | Case No. 2:17-cv-08544 GW (MRWx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. George H. Wu |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Jaime Ciero and Defendants The Walt Disney Company; Disney Enterprises, Inc.; Walt Disney Motion Pictures Group, Inc.; Walt Disney Pictures; Wonderland Music Company, Inc.; ABC, Inc. d/b/a Walt Disney Records; Disney Interactive, Inc.; Buena Vista Home Entertainment, Inc.; Kristen Anderson-Lopez; and Robert Lopez, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby stipulate that the above-captioned action, including all claims raised in the Second Amended Complaint filed therein, shall be and hereby are dismissed with prejudice. Such claims against Idina Menzel and Demi Lovato were already voluntarily dismissed at Docket Nos. 41 and 42, and are also now dismissed with prejudice, ending this action. Each side to bear its own costs and attorneys' fees.

DATED: May 6, 2019          Respectfully submitted,

DONIGER / BURROUGHS

By:    /s/ Stephen M. Doniger
     STEPHEN M. DONIGER
*Attorneys for Plaintiff*

MUNGER, TOLLES & OLSON LLP

By:    /s/ Melinda LeMoine
     MELINDA LeMOINE
*Attorneys for Defendants*

**FILER'S ATTESTATION**

I, Stephen M. Doniger, am the ECF user whose identification and password are being used to file this **STIPULATION FOR DISMISSAL WITH PREJUDICE**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED: May 6, 2019

/s/ Stephen M. Doniger
STEPHEN M. DONIGER