JS-6

STEPHEN M. DONIGER (State Bar No. 179314)
stephen@donigerlawfirm.com
SCOTT ALAN BURROUGHS (State Bar No. 235718)
scott@donigerlawfirm.com
DAVID R. SHEIN (State Bar No. 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone:  (310) 590-1820

*Attorneys for Plaintiff*

KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LEMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
GRANT R. ARNOW (State Bar No. 316497)
grant.arnow@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAIME CIERO,<br><br>         Plaintiff,<br><br>     vs.<br><br>THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; WALT DISNEY MOTION PICTURES GROUP; WALT DISNEY PICTURES; WONDERLAND MUSIC COMPANY, INC.; DISNEY MUSIC PUBLISHING; KRISTEN ANDERSON LOPEZ; ROBERT LOPEZ; IDINA MENZEL; DEMI LOVATO; and DOES 1 through 10,<br><br>         Defendants. | Case No. CV 17-8544-GW(MRWx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:     Hon. George H. Wu |

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is dismissed with prejudice; and,
2. Each side is to bear its own costs and attorneys' fees.

SO ORDERED.

Date: May 8, 2019        By: _____
                              HON. GEORGE H. WU
                              U.S. DISTRICT JUDGE